1  COOLEY GODWARD KRONISH LLP
   WILLIAM E. GRAUER (84806) (grauerwe@cooley.com)
2  KOJI F. FUKUMURA (189719) (kfukumura@cooley.com)
   MARY KATHRYN KELLEY (170259) (mkkelley@cooley.com)
3  RYAN E. BLAIR (246724) (rblair@cooley.com)
   4401 Eastgate Mall
4  San Diego, CA 92121
   Telephone:    (858) 550-6000
5  Facsimile:    (858) 550-6420

6  Attorneys for Defendants Sequenom, Inc., Harry Stylli, Paul
   Hawran, Allan T. Bombard and Charles R. Cantor
7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL SCHWARTZ, individually and on        Case No.  09-CV-0951 JM (BLM)
    behalf of all others similarly situated,
12                                               **NOTICE OF RELATED CASE**
                    Plaintiff,
13                                               **(S.D. Cal. CivL.R. 40.1(e))**
          v.
14
    SEQUENOM, INC., HARRY STYLLI,
15  PAUL HAWRAN, ALLAN T. BOMBARD,
    CHARLES R. CANTOR and ELIZABETH
16  DRAGON,

17                  Defendants.

18

19

20          Pursuant to Southern District of California Civil Local Rule 40.1(e), please take notice of

21  the pendency of the following cases, also filed in the Southern District of California:

22          *Marian Coad v. Sequenom, Inc., Harry Stylli, Paul W. Hawran, Allan Bombard, Charles*

23  *R. Cantor and Elizabeth Dragon*, 09-CV-0921 BTM (WMc);

24          *Kenneth Heilbrunn et al. v. Sequenom, Inc., Harry Stylli and Paul Hawran*, 09-CV-0922

25  WQH (CAB);

26          *Michele Ross v. Sequenom, Inc., Harry Stylli and Paul Hawran*, 09-CV-0949 WQH

27  (BLM).

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

NOTICE OF RELATED CASE
CASE NO. 09-CV-0951 JM (BLM)

*Coad v. Sequenom, Inc. et al.* ("*Coad*") is the lowest-numbered case alleging common facts and events. The instant case arises from the same events and involves substantially the same facts and questions of law as the *Coad* case and the other cases referenced above. For example, the purported class period in all cases is identical (*i.e.*, June 4, 2008 to April 29, 2009). The purpose of this notice is to respectfully inform this Court, as required under Southern District of California Local Rule 40.1(e), that the instant case is related to the above cases according to the provisions of that Local Rule.

Dated: May 5, 2009

COOLEY GODWARD KRONISH LLP
WILLIAM E. GRAUER (84806)
KOJI F. FUKUMURA (189719)
MARY KATHRYN KELLEY (170259)
RYAN E. BLAIR (246724)


s/Koji F. Fukumura
Koji F. Fukumura (189719)
Attorneys for Defendants
Email: kfukumura@cooley.com

630728 /SD