COOLEY GODWARD KRONISH LLP
WILLIAM E. GRAUER (84806) (grauerwe@cooley.com)
KOJI F. FUKUMURA (189719) (kfukumura@cooley.com)
MARY KATHRYN KELLEY (170259) (mkkelley@cooley.com)
RYAN E. BLAIR (246724) (rblair@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendants Sequenom, Inc., Harry Stylli, Paul Hawran, Allan T. Bombard and Charles R. Cantor

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHWARTZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEQUENOM, INC., HARRY STYLLI, PAUL HAWRAN, ALLAN T. BOMBARD, CHARLES R. CANTOR and ELIZABETH DRAGON,<br><br>Defendants. | Case No. 09-CV-0951 JM (BLM)<br><br>**CERTIFICATE OF SERVICE** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

CERTIFICATE OF SERVICE
CASE NO. 09-CV-0951 JM (BLM)

I hereby certify that on May 5, 2009, I filed the foregoing document(s) in compliance with Local Rule CV-5(a):

- **NOTICE OF RELATED CASE**
- **CERTIFICATE OF SERVICE**

with the Clerk of Court using the CM/ECF system.

This document was served on all counsel who are deemed to have consented to electronic service. Pursuant to Federal Rule of Civil Procedure 5, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via U.S. First Class Mail.

**Case No. 09-cv-00951-JM-BLM**

Vahn Alexander
Faruqi & Faruqi, LLP
1901 Avenue of Stars
2nd Floor
Los Angeles, CA 90067

Maya S. Saxena
Saxena White P.A.
2424 North Federal Highway
Boca Raton, FL 33431

Nadeem Faruqi
Faruqi & Faruqi LLP
369 Lexington Avenue, Tenth Floor
New York, NY 10017-6531

**Case No. 09-cv-00921-BTM-WMC**

David C. Walton
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301

Corey D. Holzer
Michael I. Fistel, Jr.
Marshall P. Dees
200 Ashford Center North, Suite 300
Atlanta, GA 30338

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

CERTIFICATE OF SERVICE
CASE NO. 09-CV-0951 JM (BLM)

| | |
|---|---|
| 1 | Robert Gooding, Jr. |
| 2 | Howrey LLP |
| | 4 Park Plaza |
| 3 | Suite 1700 |
| | Irvine, CA 92614 |
| 4 | |
| 5 | **Case No. 09-cv-00922-WQH-CAB** |
| 6 | Francis A Bottini |
| | Johnson Bottini, LLP |
| 7 | 655 West Broadway |
| 8 | Suite 1400 |
| | San Diego, CA 92101 |
| 9 | |
| 10 | **Case No. 09-cv-00949-WQH-BLM** |
| 11 | Dale MacDiarmid |
| | Glancy Binkow and Goldberg |
| 12 | 1801 Avenue of the Stars |
| | Suite 311 |
| 13 | Los Angeles, CA 90067 |
| 14 | Arthur N. Abbey |
| 15 | Nancy Kaboolian |
| | Abbey Spanier Rodd & Abrams, LLP |
| 16 | 212 East 39th Street |
| | New York, NY 10016 |

Kendra A. Jones
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email: kjones@cooley.com

630738 /SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

CERTIFICATE OF SERVICE
CASE NO. 09-CV-0951 JM (BLM)